AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Maughmer, John T. | U.S.D.C., W.D. MO | 05/9/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Charles Evans Whittaker U.S. Courthouse
400 E. 9th St., Room 7662
Kansas City, MO 64106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Power of attorney #1 | For ▓▓▓▓▓ |
| 2. | Power of attorney #2 | For ▓▓▓▓▓ (Deceased 2/27/13) |
| 3. | Power of attorney #3 | For ▓▓▓▓▓ |
| 4. | Managing Member - Self | ▓▓▓▓▓ |
| 5. | Managing Member - Spouse | Romancing the Gowns, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 10/1/12 | ▓▓▓▓▓ - Self - Operating Agreement |
| 2. | 1/1/12 | Romancing the Gowns, LLC - Spouse - Operating Agreement |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 05/9/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 05/9/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 05/9/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T, Inc. | A | Dividend | J | T | | | | | |
| 2. MS Liquid Asset Fund (name changed from Citibanks) | A | Dividend | J | T | | | | | |
| 3. Farm House purchased 01/95 for $76,000 in ▓▓▓ | B | Rent | M | R | | | | | |
| 4. Vodaphone Group PLC Sponsor ADR | A | Dividend | J | T | | | | | |
| 5. Verizon Communications | A | Dividend | J | T | | | | | |
| 6. Northwestern Mutual Life Insurance Co. | A | Dividend | J | T | | | | | |
| 7. Dreyfus Liquid Assets (transferred to MS Liquid Asset Fund 5/1/12) * | A | Dividend | J | T | | | | | |
| 8. Cambair Small Cap Fund | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 9. | | | | | Sold | 05/17/13 | J | A | |
| 10. Eaton Vance Commodity Strategy Fund | B | Dividend | J | T | | | | | |
| 11. | | | | | Buy | 03/08/13 | J | | |
| 12. | | | | | Buy | 09/13/13 | J | | |
| 13. | | | | | Buy | 11/08/13 | J | | |
| 14. | | | | | Sold (part) | 12/04/13 | J | A | |
| 15. Eaton Vance Income Fund | A | Dividend | J | T | Sold (part) | 03/08/13 | J | A | |
| 16. | | | | | Buy | 09/13/13 | J | | |
| 17. | | | | | Buy | 11/08/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 05/9/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 12/04/13 | J | | |
| 19. Blackrock Inflation Protected Bond Portfolio | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 20. Goldman Sachs Absolute Return Fund | A | Dividend | K | T | Buy | 03/08/13 | J | | |
| 21. | | | | | Sold (part) | 03/08/13 | J | A | |
| 22. | | | | | Buy | 09/13/13 | J | | |
| 23. | | | | | Sold (part) | 11/08/13 | J | A | |
| 24. | | | | | Sold (part) | 12/04/13 | J | A | |
| 25. | | | | | Buy | 12/04/13 | J | | |
| 26. ING Global Real Estate Fund | A | Dividend | J | T | Buy | 03/08/13 | J | | |
| 27. | | | | | Sold (part) | 03/08/13 | J | A | |
| 28. | | | | | Buy | 09/13/13 | J | | |
| 29. | | | | | Sold (part) | 11/08/13 | J | A | |
| 30. | | | | | Sold (part) | 12/04/13 | J | A | |
| 31. Ivy Mid Cap Growth Fund | A | Dividend | J | T | Sold (part) | 03/08/13 | J | A | |
| 32. | | | | | Sold (part) | 09/13/13 | J | A | |
| 33. | | | | | Sold (part) | 11/08/13 | J | A | |
| 34. | | | | | Sold (part) | 12/04/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 05/9/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JP Morgan Dynamic Small Cap Growth Fund | A | Dividend | J | T | Buy | 03/08/13 | J | | |
| 36. | | | | | Sold (part) | 03/08/13 | J | A | |
| 37. | | | | | Sold (part) | 09/13/13 | J | A | |
| 38. | | | | | Sold (part) | 11/08/13 | J | A | |
| 39. | | | | | Buy | 11/08/13 | J | | |
| 40. | | | | | Sold (part) | 12/04/13 | J | A | |
| 41. | | | | | Buy | 12/16/13 | J | | |
| 42. Mainstay Large Cap Growth Fund | B | Dividend | K | T | Buy | 03/08/13 | J | | |
| 43. | | | | | Sold (part) | 03/08/13 | J | A | |
| 44. | | | | | Sold (part) | 09/13/13 | J | A | |
| 45. | | | | | Buy | 11/08/13 | J | | |
| 46. | | | | | Sold (part) | 12/04/13 | J | A | |
| 47. Managers AMG Systematic Mid Cap Value Fund | A | Dividend | J | T | Buy | 03/08/13 | J | | |
| 48. | | | | | Sold (part) | 03/08/13 | J | A | |
| 49. | | | | | Sold (part) | 09/13/13 | J | A | |
| 50. | | | | | Buy | 11/08/13 | J | | |
| 51. | | | | | Sold (part) | 12/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 05/9/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 12/30/13 | J | | |
| 53. Metropolitan West Total Return Bond Fund | A | Dividend | J | T | Sold (part) | 03/08/13 | J | A | |
| 54. | | | | | Buy | 09/13/13 | J | | |
| 55. | | | | | Sold (part) | 11/08/13 | J | A | |
| 56. | | | | | Buy | 12/03/13 | J | | |
| 57. | | | | | Sold (part) | 12/04/13 | J | A | |
| 58. Thornburg International Value Fund | B | Dividend | | | Sold | 11/08/13 | J | B | |
| 59. Virtus Emerging Markets Opportunities Fund | A | Dividend | J | T | Sold (part) | 03/08/13 | J | A | |
| 60. | | | | | Buy | 09/13/13 | J | | |
| 61. | | | | | Sold (part) | 11/08/13 | J | A | |
| 62. | | | | | Sold (part) | 12/04/13 | J | A | |
| 63. | | | | | Buy | 12/26/13 | J | | |
| 64. AQR Managed Futures Strategy I | A | Dividend | J | T | Sold (part) | 03/08/13 | J | A | |
| 65. | | | | | Buy | 09/13/13 | J | | |
| 66. | | | | | Buy | 11/08/13 | J | | |
| 67. | | | | | Sold (part) | 12/04/13 | J | A | |
| 68. Legg Mason WA Emerging Mkt Debt I | A | Dividend | | | Sold | 11/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 05/9/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   Nuveen NWQ Large Cap Value I | B | Dividend | K | T | Buy | 03/08/13 | J | | |
| 70. | | | | | Sold (part) | 03/08/13 | J | A | |
| 71. | | | | | Buy | 09/18/13 | J | | |
| 72. | | | | | Buy | 11/08/13 | J | | |
| 73. | | | | | Sold (part) | 12/04/13 | J | | |
| 74.   Pimco Short Term P | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 75.   Pimco Foreign Bond US Hedged P | A | Dividend | J | T | Buy | 03/03/13 | J | | |
| 76. | | | | | Sold (part) | 03/08/13 | J | A | |
| 77. | | | | | Buy | 09/13/13 | J | | |
| 78. | | | | | Sold (part) | 11/08/13 | J | A | |
| 79. | | | | | Sold (part) | 12/04/13 | J | A | |
| 80.   Causeway International Valve Fund | B | Dividend | K | T | Buy | 11/08/13 | K | | |
| 81. | | | | | Sold (part) | 12/04/13 | J | A | |
| 82.   Delaware Investment Small Cap Value Fund | A | Dividend | J | T | Buy | 05/17/13 | J | | |
| 83. | | | | | Sold (part) | 09/13/13 | J | A | |
| 84. | | | | | Buy | 11/08/13 | J | | |
| 85. | | | | | Sold (part) | 12/04/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Invesco Premier Fund | A | Dividend | J | T | Buy | 03/08/13 | J | | |
| 87. | | | | | Sold (part) | 09/15/13 | J | A | |
| 88. | | | | | Sold (part) | 11/08/13 | J | A | |
| 89. | | | | | Sold (part) | 12/04/13 | J | A | |
| 90. Pimco Low Duration Fund | A | Dividend | J | T | Buy | 03/08/13 | J | | |
| 91. | | | | | Buy | 09/13/13 | J | | |
| 92. | | | | | Sold (part) | 11/08/13 | J | A | |
| 93. | | | | | Sold (part) | 12/04/13 | J | A | |
| 94. ▓▓▓▓▓▓▓▓ (X) | B | Rent | M | U | | | | | |
| 95. Romancing the Gowns, LLC | A | Distribution | J | U | | | | | |
| 96. MS Liquid Asset Fund (name change from Citibank) - POA #1 | A | Dividend | K | T | | | | | |
| 97. Centurytel, Inc. - POA #1 | A | Dividend | J | T | | | | | |
| 98. EI DuPont De Nemours & Co - POA #1 | A | Dividend | J | T | | | | | |
| 99. Calamos Stretegic Total Return Fund - POA #1 | B | Distribution | K | T | | | | | |
| 100. Cohen & Steers Quality Income Realty Fund - POA #1 | A | Dividend | J | T | | | | | |
| 101. Vanguard Morgen Growth Fund - POA #1 | A | Dividend | J | T | | | | | |
| 102. BankAmerica Corp. Bonds-POA #1 | B | Int./Div. | | | Sold | 01/15/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 05/9/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Marshall & Illsey Bond - POA #1 - ** | A | Int./Div. | | | Sold | 09/04/12 | J | A | |
| 104.  United Missouri Bank (account) - POA #1 | A | Int./Div. | K | T | | | | | |
| 105.  Hillcrest Bank (account) - POA #1 | A | Int./Div. | J | T | | | | | |
| 106.  North American Savings Bank (account) - POA #1 | C | Int./Div. | M | T | | | | | |
| 107.  MO State Health & Education Facility Authority Bonds - POA 1 | A | Int./Div. | J | T | | | | | |
| 108.  Cambair Small Cap Fund - POA #1 | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 109. | | | | | Sold | 05/17/13 | J | A | |
| 110.  Blackrock Inflation Protected Bond Portfolio Fund - POA #1 | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 111.  Eaton Vance Commodity Strategy Fund - POA #1 | A | Dividend | J | T | Buy | 03/08/13 | J | | |
| 112. | | | | | Buy | 09/13/13 | J | | |
| 113. | | | | | Buy | 11/08/13 | J | | |
| 114.  Eaton Vance Income Fund - POA #1 | A | Dividend | J | T | Sold (part) | 03/08/13 | J | A | |
| 115. | | | | | Buy | 09/13/13 | J | | |
| 116. | | | | | Buy | 11/08/13 | J | | |
| 117.  Goldman Sachs Absolute Return Fund - POA #1 | A | Dividend | K | T | Sold (part) | 03/08/13 | J | A | |
| 118. | | | | | Sold (part) | 09/18/13 | J | A | |
| 119. | | | | | Sold (part) | 11/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 05/9/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 12/17/13 | J | | |
| 121. ING Global Real Estate Fund - POA #1 | A | Dividend | J | T | Buy | 03/08/13 | J | | |
| 122. | | | | | Buy | 09/13/13 | J | | |
| 123. | | | | | Sold (part) | 11/08/13 | J | A | |
| 124. Ivy Mid Cap Growth Fund - POA #1 | A | Dividend | J | T | Buy | 03/08/13 | J | | |
| 125. | | | | | Sold (part) | 09/13/13 | J | A | |
| 126. | | | | | Sold (part) | 11/08/13 | J | A | |
| 127. JP Morgan Dynamic Small Cap Growth Fund - POA #1 | A | Dividend | J | T | Sold (part) | 03/08/13 | J | A | |
| 128. | | | | | Sold (part) | 09/13/13 | J | A | |
| 129. | | | | | Buy | 11/08/13 | J | | |
| 130. Mainstay Large Cap Growth Fund - POA #1 | B | Dividend | K | T | Buy | 03/08/13 | J | | |
| 131. | | | | | Sold (part) | 09/13/13 | J | A | |
| 132. | | | | | Buy | 11/08/13 | J | | |
| 133. Managers AMG Systematic Mid Cap Value Fund - POA #1 | A | Dividend | J | T | Sold (part) | 03/08/13 | J | A | |
| 134. | | | | | Sold (part) | 09/13/13 | J | A | |
| 135. | | | | | Buy | 11/08/13 | J | | |
| 136. | | | | | Buy | 12/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 05/9/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Metropolitan West Total Return Bond Fund - POA #1 | A | Dividend | K | T | Buy | 03/08/13 | K | | |
| 138. | | | | | Buy | 09/13/13 | J | | |
| 139. | | | | | Sold (part) | 11/08/13 | J | A | |
| 140. Thornburg International Valve Fund - POA #1 | A | Dividend | | | Sold | 11/08/13 | K | B | |
| 141. Virtus Emerging Markets Opportunities Fund - POA #1 | A | Dividend | J | T | Sold (part) | 03/08/13 | J | A | |
| 142. | | | | | Buy | 09/13/13 | J | | |
| 143. | | | | | Sold (part) | 11/08/13 | J | A | |
| 144. AQR Managed Futures Strategy I - POA #1 | A | Dividend | J | T | Sold (part) | 03/08/13 | J | A | |
| 145. | | | | | Buy | 09/13/13 | J | | |
| 146. | | | | | Buy | 11/08/13 | J | | |
| 147. Blackrock Global Allocation - POA #1 | A | Dividend | K | T | | | | | |
| 148. Legg Mason WA Emerging MKT Debt I - POA #1 | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 149. Nuveen NWQ Large Cap Valve I - POA #1 | B | Dividend | K | T | Buy | 03/08/13 | J | | |
| 150. | | | | | Buy | 09/13/13 | J | | |
| 151. | | | | | Buy | 11/08/13 | J | | |
| 152. Pimco Foreign BD US Hedged P - POA #1 | A | Dividend | J | T | Sold (part) | 03/08/13 | J | A | |
| 153. | | | | | Buy | 09/13/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 11/08/13 | J | A | |
| 155. Pimco Short Term P - POA #1 | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 156. Principal GLB Ribers Inc - POA #1 | A | Dividend | K | T | | | | | |
| 157. Causeway International Value Fund - POA #1 | B | Dividend | K | T | Buy | 11/08/13 | K | | |
| 158. Delawware Investment Small Cap Valve Fund - POA #1 | A | Dividend | J | T | Buy | 05/07/13 | J | | |
| 159. | | | | | Sold (part) | 09/13/13 | J | A | |
| 160. | | | | | Sold (part) | 11/08/13 | J | A | |
| 161. Invesco Premier Fund - POA #1 | A | Dividend | J | T | Buy | 03/08/13 | K | | |
| 162. | | | | | Sold (part) | 09/13/13 | J | A | |
| 163. | | | | | Sold (part) | 11/08/13 | J | A | |
| 164. Pimco Low Duration Fund - POA #1 | B | Dividend | K | T | Buy | 03/08/13 | K | | |
| 165. | | | | | Buy | 09/13/13 | J | | |
| 166. | | | | | Sold (part) | 11/08/13 | J | A | |
| 167. Centurion (annuity) - POA 2 and 3 | A | Int./Div. | K | T | | | | | |
| 168. Bank of the West (accounts) - POA 2 & 3 | A | Int./Div. | | | Closed | 05/05/13 | J | A | |
| 169. 1st Bank of Missouri - POA 2 & 3 | A | Int./Div. | J | T | | | | | |
| 170. Adrian Bank (accounts) - POA 2 & 3 | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Bank Midwest (accounts) - POA 2 & 3 | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 05/9/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* Part VII, Line 7 - Dreyfus Liquid Asset Fund was transferred to MS Liquid Asset Fund on 5/1/12

\*\* Part VII, Line 103 - Marshall & Illsey bonds were sold on 9/4/12. This transaction was inadvertently left off the 2012 Financial Disclosure Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John T. Maughmer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544